In the Matter of the Accounting of JAMES F. NUGENT, as Executor of JOSEPH FOX, Deceased.

JAMES F. NUGENT, as Executor, et al., Appellants; MORTIMER MAY, as Special Guardian for HELEN G. FOX, an Incompetent Person, et al., Respondents.

Argued October 1, 1937; decided October 19, 1937.

*Walter H. Pickett* for Ætna Casualty and Surety Company, appellant.

*Mortimer May,* as special guardian, respondent.

Order affirmed, with costs to respondent payable out of the estate of Joseph Fox, deceased, etc., and question certified answered in the affirmative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.